**No. 59814.**—Electrolux Corp. *v.* United States, protests 269535–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the electric floor polishers and electric vacuum cleaners are articles having as an essential feature an electrical element or device and that the issue herein is the same in all material respects as that involved in *United States* v. *J. E. Bernard & Company, Inc.* (42 C. C. P. A. 141, C. A. D. 586), the claim of the plaintiff was sustained.